# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMKOR TECHNOLOGY, INC. | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Civil Action No. 15-cv-910-GMS |
| SYNAPTICS INCORPORATED and VALIDITY SENSORS, LLC | ) ) **DEMAND FOR JURY TRIAL** |
| Defendants. | ) |

## DECLARATION OF MICHAEL J. FARNAN IN SUPPORT OF DEFENDANTS SYNAPTICS INCORPORATED AND VALIDITY SENSORS, LLC'S REPLY BRIEFS IN SUPPORT OF THEIR MOTIONS TO DISMISS PLAINTIFF AMKOR'S COMPLAINT

I, Michael J. Farnan, declare as follows:

1. I am an attorney at the law firm of Farnan LLP, counsel of record for Synaptics Incorporated and Validity Sensors, LLC in this matter. I am a member in good standing of the State Bar of Delaware and have been admitted to practice before this court. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath:

2. Attached hereto as Exhibit E is a true and correct print out from the URL http://worldwide.espacenet.com/publicationDetails/inpadocPatentFamily?CC=US&NR=2012256280A1&KC=A1&FT=D&ND=3&date=20121011&DB=worldwide.espacenet.com&lo

cale=en_EP , listing patents and applications in the same family as U.S. Pub. No. 2012/256280 resulting from U.S. Pat. App. No. 13/420,188 and claiming priority to U.S. Pat. App. No. 61/453,460 filed on March 16, 2011.  One family member is KR20120106629.  *See* Ex. E.

  3. Attached as Exhibit F is a true and correct copy of the bibliographic data for KR20120106629(A), available from http://worldwide.espacenet.com/publicationDetails/biblio?DB=worldwide.espacenet.com&II=3&ND=4&adjacent=true&locale=en_EP&FT=D&date=20120926&CC=KR&NR=20120106629A&KC=A.

  4. Attached hereto as Exhibit G is a true and correct copy of  KR 10-2012-0106629 , downloaded from http://worldwide.espacenet.com/publicationDetails/originalDocument?CC=KR&NR=20120106629A&KC=A&FT=D&ND=4&date=20120926&DB=worldwide.espacenet.com&locale=en_EP.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: February 8, 2016     */s/ Michael J. Farnan*
                 Michael J. Farnan (Bar No. 5165)